

# United States District Court

SOUTHERN DISTRICT OF CALIFORNIA

Lisa Hensley

                         **Plaintiff,**

V.

Commissioner of Social Security

                         **Defendant.**

**Civil Action No.**    16cv2265-DMS-KSC

**JUDGMENT IN A CIVIL CASE**

**Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS HEREBY ORDERED AND ADJUDGED:

Plaintiff's motion for summary judgment is denied, and Defendant's cross-motion for summary judgment is granted. The Clerk shall enter judgment accordingly, and close this case. IT IS SO ORDERED.

**Date:**     3/21/17

**CLERK OF COURT**
**JOHN MORRILL, Clerk of Court**
By: s/ J. Gutierrez

                                    J. Gutierrez, Deputy